# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0001
_____

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES, and SHANDS
TEACHING HOSPITAL and
CLINICS, INC. d/b/a SHANDS AT
THE UNIVERSITY OF FLORIDA,

    Petitioners,

    v.

ESMIE DUNBAR, as Personal
Representative of the Estate of
Rochelle Rodney, by and on
Behalf of the Estate of Rochelle
Rodney,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

January 8, 2025

PER CURIAM.

The Court grants the petition for writ of prohibition, quashes the order denying the motion to disqualify, and directs the circuit court to reassign the case.

B.L. THOMAS, ROBERTS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Christine R. Davis of Davis Appeals, PLLC, St. Petersburg, for Petitioners.

Esmie Dunbar, pro se, Respondent.